**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DARRIN LEN MCGREGOR,** | : |
| Petitioner, | : |
| | : **CIVIL ACTION NO. 3:14-1035** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **LATOYA MARIE MURRAY,** | : |
| Respondent. | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of the magistrate judge (Doc. 5) is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;

**(3)** the plaintiff's complaint (Doc. 1) is **DISMISSED**; and

**(4)** the plaintiff's motion to stay (Doc. 4) is **DENIED** as moot.

**(5)** the Clerk of the Court is directed to **CLOSE THE INSTANT ACTION**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 9, 2015**